No. 78–1840. CITY OF ROME ET AL. *v.* UNITED STATES ET AL., 446 U. S. 156;

No. 78–5928. WALLER *v.* UNITED STATES, 446 U. S. 901;

No. 79–1096. PEARSON *v.* TEXAS, 446 U. S. 912;

No. 79–1148. SPARKS *v.* UNITED STATES, 446 U. S. 908;

No. 79–6161. HOHENSEE *v.* SOUTHARD ET AL., 446 U. S. 911;

No. 79–6183. COOPER *v.* CITY OF COMMERCE CITY, COLORADO, 446 U. S. 912; and

No. 79–6206. KICKASOLA *v.* JIM WALLACE OIL CO., INC., ET AL., 446 U. S. 921. Petitions for rehearing denied.

No. 78–671. DELAWARE STATE BOARD OF EDUCATION *v.* EVANS ET AL., 446 U. S. 923; and

No. 78–672. ALEXIS I. DU PONT SCHOOL DISTRICT ET AL. *v.* EVANS ET AL., 446 U. S. 923. Petitions for rehearing denied. MR. JUSTICE STEVENS took no part in the consideration or decision of these petitions.

JUNE 12, 1980

No. A–1080. DEVINGO ET AL. *v.* NEW JERSEY. Application for stay of trial court proceedings, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.

JUNE 16, 1980

No. 79–1588. FEDERATION FOR AMERICAN IMMIGRATION REFORM ET AL. *v.* KLUTZNICK, SECRETARY OF COMMERCE, ET AL. Appeal from D. C. D. C. dismissed for want of jurisdiction.